DEFENDANT:   CASEY LEE BENTZ

YOB:   1973

COMPLAINT FILED?   __x__ Yes   _____ No

OFFENSE(S):   COUNT 1: 18 U.S.C. § 111 (a)(1) – Assault Against a Federal Officer

LOCAT. OF OFFENSE:   San Juan National Forest, La Plata County, State and District of Colorado

PENALTY:   COUNT 1: NMT than 8 years imprisonment; a $250,000 fine or both; a term of supervised release of NMT three (3) years; and a $100 special assessment fee.

AGENT:   Antaeus Draughon, U.S. Forest Service Officer

AUTH. BY:   Lisa Franceware, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__x__ five days or less   _____ over five days   _____ other

THE GOVERNMENT

__x__ will seek detention under 18 U.S.C. 3142(f)(2)(B)

_____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:   ___ Yes   _X_ No